Christopher J. Brackett
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212)264-3650 Ext. 233
christopher.brackett@ssa.gov
Bar No. 516004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X
JEFFREY S. SOBLES,                                  :      STIPULATION
                                                                 :      Civil Action
         Plaintiff,                                    :      No. 10-0328
                                                                 :      (FJS/DEP)
    v.                                                    :
                                                                 :
MICHAEL J. ASTRUE,                              :
COMMISSIONER OF SOCIAL SECURITY, :
                                                                 :
         Defendant.                               :
------------------------------------X

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Christopher J. Brackett, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings, including, but not limited to, a new hearing and a new decision; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 8th day of October, 20__;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative proceedings, including, but not limited to, a new hearing and a new decision, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Hon. Frederick J. Scullin, Jr.
United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By: /s/Christopher J. Brackett
Christopher J. Brackett
Special Assistant United States Attorney
Bar No. 516004

OLINSKY, SHURTLIFF LAW FIRM
300 S. State Street
5th Floor
Syracuse, NY 13202

By: Jaya Shurtliff
Bar No. 511422