# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JEFFREY S. SOBLES**

    vs.                        **CASE NUMBER: 5:10-cv-328 (FJS/DEP)**

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Stipulation of the parties is approved, therefore the final decision of the Commissioner is hereby REVERSED and the Complaint filed by Jeffrey S. Sobles is REMANDED to the defendant for further administrative proceedings. This matter is DISMISSED in accord with the decision in Melkonyan v. Sullivan.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 14th day of October, 2010.

DATED: October 15, 2010

                                                  Clerk of Court

                                                  s/

                                                  Joanne Bleskoski
                                                  Deputy Clerk