Christopher J. Brackett
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212)264-3650 Ext. 233
christopher.brackett@ssa.gov
Bar No. 516004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------X
JEFFREY S. SOBLES,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-------------------------------------X

STIPULATION
Civil Action
No. 10-0328
(FJS/DEP)

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA)(28 U.S.C. § 2412) in the amount of seven thousand one hundred forty-three dollars and sixty-nine cents ($7,143.69) in fees and fourteen dollars and thirty-four cents ($14.34) in costs in full satisfaction of any claim for fees, costs and other expenses pursuant to EAJA, payable to Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to the attorney,

AND, the Court having reviewed the record in this matter; IT IS on this 10th day of December, 2010;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of seven thousand one hundred forty-three dollars and sixty-nine cents ($7,143.69) in fees and fourteen dollars and

thirty-four cents ($14.34) in costs, payable to Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to the attorney, and it is further;

ORDERED that the within matter is dismissed with prejudice.

_____
Hon. Frederick J. Scullin, Jr.
Senior United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By: /s/Christopher J. Brackett
Christopher J. Brackett
Special Assistant United States Attorney
Bar No. 516004

OLINSKY & SHURTLIFF
300 S. State St., Ste. 520
Syracuse, NY 13202
(315) 701-5780

By: /s/Jaya A. Shurtliff
Jaya A. Shurtliff
Attorney for the Plaintiff
Bar No. 511422