# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES

**Jeffrey S. Sobles**

    vs.                      **CASE NUMBER: 5:10-CV-328 (FJS)**

**Michael J. Astrue, Commissioner of Social Security**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon Stipulation of the parties, the Plaintiff is awarded Attorney Fees in the amount of $7,143.69 in fees and $14.34 in costs.

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, dated the 10th day of December, 2010.

DATED: December 17, 2010

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk