## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT ON ATTORNEY FEES

**Jeffrey S. Sobles**
        Plaintiff
  vs.                            **CASE NUMBER: 5:10-CV-328 (FJS)**

**Michael J. Astrue, Commissioner of Social Security**
        Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon Order of the Court, Plaintiff's motion for attorney's fees in the amount of $15,271.91 pursuant to 42 USC section 406(b) is GRANTED, upon receipt of the award, plaintiff's attorney shall refund to plaintiff Jeffrey S. Sobles the amount of $7,143.69, which he previously received under 28 USC section 2412.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 23RD day of April, 2012.

DATED: April 23, 2012

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk